AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00499 |
| Michael Perkins | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/25/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Perkins,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b), and 2 (Assaulting, Resisting, or Impeding Certain Officers or Employees; Aiding and Abetting);
18 U.S.C. § 1752(a)(1), (2), and (4) (Restricted Building or Grounds); and
40 U.S.C. § 5104(e)(2)(F) (Violent Entry and Disorderly Conduct)

Date: 06/25/2021

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:03:27 -04'00'

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/29/21, and the person was arrested on *(date)* 6/30/21
at *(city and state)* PLANT CITY, FL

Date: 6/30/21

*Arresting officer's signature*

*Printed name and title*